1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE DISTRICT OF ARIZONA

8
9

Glenn Greer,

No. CV-21-01307-PHX-DGC

Petitioner,

**ORDER**

10
11

vs.

12

David Shinn, et al.,

13

Respondents.

14
15

Petitioner Glenn Greer has filed a petition for writ of habeas corpus pursuant to 28

16

U.S.C. § 2254.  Doc. 1.  United States Magistrate John Z. Boyle has issued a report and

17

recommendation ("R&R") recommending that the petition be denied and dismissed with

18

prejudice.  Doc. 16.  No objection has been filed, which relieves the Court of its

19

obligation to review the R&R.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3);

20

*Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114,

21

1121 (9th Cir. 2003).  The Court will accept the R&R and deny the petition.

22

**IT IS ORDERED:**

23

1.      The R&R (Doc. 16) is **accepted**.

24

2.      The petition for writ of habeas corpus (Doc. 1) is **denied and dismissed**

25

**with prejudice**.

26

3.      A certificate of appealability and leave to proceed *in forma pauperis* on

27

appeal are **denied.**

28

/ / /

4.      The Clerk is directed enter judgment and **terminate** this action.

Dated this 4th day of August, 2022.

David G. Campbell
Senior United States District Judge